**Order entered December 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01129-CV

## ALAN TARRANT, KRISTI TARRANT AND BETHANY KENDRICK, Appellants

## V.

## BAYLOR SCOTT & WHITE MEDICAL CENTER-FRISCO, STEPHEN COURTNEY, M.D., EMINENT SPINE, LLC, AND MONITORING CONCEPTS MANAGEMENT, LLC, Appellees

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-12792

## ORDER

Before the Court is appellants' December 21, 2018 unopposed motion for extension of time to file brief. Appellants explain the extension is necessary because the clerk's record is missing exhibits 17-51 of plaintiffs' response to defendants' motions for summary judgment.

An appellant's brief is not due until a complete record has been filed. Accordingly, we **DENY** the motion as premature. We **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than January 10, 2019, a supplemental clerk's record containing a copy of exhibits 17-51 of plaintiffs' response to defendants' motions for summary judgment.

Appellants' brief shall be filed within thirty days of the filing of the supplemental record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     DAVID EVANS
JUSTICE